## Commonwealth *v.* Willis, Appellant.

Argued April 17, 1975. *Donna Jo McDaniel*, Trial Defender, with her *Nancy Nowlis*, Trial Defender, *John J. Dean*, Chief, Appellate Division, and *Ralph J. Cappy*, Public Defender, for appellant; *Louis R. Paulick*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Woods, Appellant.

Argued April 15, 1975. *Lester G. Nauhaus*, Trial Defender, with him *Nancy Nowlis* and *John H. Corbett, Jr.*, Trial Defenders, *John J. Dean*, Chief, Appellate Division, and *George H. Ross*, Public Defender, for appellant; *Charles W. Johns*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.